IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TECHSEARCH L.L.C. | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| | ) |
| v. | ) **00C 4623** |
| | ) |
| INTERNET ENTERTAINMENT GROUP, INC., ED NAPLETON ACURA, GREGORY AHARONIAN and THE GREEN BAY PACKERS, INC. | ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

DOCKETED
JUL 31 2000

FILED-EDS
00 JUL 28 PM 4:01
CLERK
U.S. DISTRICT COURT

JUDGE KOCORAS

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

## COMPLAINT

Plaintiff, TechSearch L.L.C. ("TechSearch"), complains of Defendants, Ed Napleton Acura ("Napleton"), The Greenbay Packers, Inc. ("Packers"), Internet Entertainment Group, Inc. ("IEG") and Gregory Aharonian ("Aharonian") as follows:

### JURISDICTION AND VENUE

1. This is a claim for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 271. This Court has exclusive jurisdiction over the subject matter of this action under 28 U.S.C. § 1338(a).

2. TechSearch is an Illinois limited liability company. It owns the full and exclusive right, title and interest in United States Patent No. 5,253,341 entitled "Remote Query Communication System" issued October 12, 1993 (hereafter "the `341 patent").

3. Internet Entertainment Group, Inc. is a Delaware corporation with offices at 2025 1st Avenue, Suite 1050, Seattle, Washington 98121. IEG may be served with process by serving its

1-1

registered agent CT Corporation Systems, 520 Pike Street, Seattle, Washington 98101.

4. Ed Napleton ACURA is an Illinois corporation with offices at 745 West Lake Street, Elmhurst, Illinois 60559.

5. Gregory Aharonian is an individual residing at 440 Davis Court, San Francisco, California 94111.

6. The Green Bay Packers, Inc. is a Wisconsin corporation with offices at 1265 Lombardi Avenue, Green Bay, Wisconsin 54304.

7. Defendants transact business in this judicial district by advertising, promoting, offering to sell and selling products and services to customers located in this judicial district and by conducting other business within this judicial district and elsewhere in the United States.

8. Venue is, therefore, proper in this district under 28 U.S.C. § 1400(b).

**PATENT INFRINGEMENT**

9. As set forth above, TechSearch owns and has standing to sue for infringement of United States Patent No. 5,253,341.

10. Defendants have infringed at least claims 3, 4, 5, 7, and 9 of the '341 patent by using, and by inducing, aiding and abetting, encouraging and contributing to others' use of audio/visual and graphical presentations on their web sites, whose home pages are located on the Internet at www.clublove.com, www.bustpatents.com, www.packers.com and www.ednapleton.com.

11. Aharonian owns and operates a web site in which he shamelessly, and oftentimes profanely, attacks United States

Government, specifically the Patent and Trademark Office, its Examiners and various public officials and private citizens. He also purports to be an expert in patent law, though he has no specialized training in the field, has not graduated from any law school, is not admitted to practice before the Patent and Trademark Office and is not authorized to practice law.

12. Aharonian also sells his services in this district and elsewhere in the United States as a purported searcher of the prior art to attempt to invalidate duly issued United States patents.

13. Aharonian has done and continues to solicit and do business in this district and has offered and sold his services to citizens of the State of Illinois who own or operate businesses located in this district. Specifically, Aharonian has offered and sold a '341 "prior art" package to companies located in Illinois, in conjunction with lawsuits in the Northern District of Illinois.

14. Aharonian has collected, sold and distributed alleged prior art concerning the '341 patent and has publicly challenged the validity and enforceability of the '341 patent.

15. Like Aharonian, IEG owns and operates web sites, including www.clublove.com, that are used to conduct business in this district and elsewhere in the United States. IEG's business is in the display, transmission, offer for sale and sale of pornographic material.

16. The Packers (like every other National Football League team) own and operate a web site that is used to transmit information concerning its football team over the Internet. The

3

Packers do business in this district through its web site www.packers.com. The Packers also do business in Illinois on a systematic basis by participating in at least one football contest in Illinois every year.

17. Napleton is a car dealer located in this district and, like other car dealers, owns and operates various web sites for the purpose of promoting, advertising, offering to sell and selling cars and other types of vehicles over the Internet. Napleton's web sites include www.ednapleton.com.

18. Such infringement has injured TechSearch and it is entitled to recover damages, under the law, adequate to compensate it for the infringement that has occurred, but in no event less than a reasonable royalty.

19. The infringement by defendants has injured and will continue to injure TechSearch, unless and until such infringement is enjoined by this Court.

WHEREFORE, plaintiff, TechSearch, respectfully requests judgment against defendants and its subsidiaries and affiliates as follows:

A. An award of damages adequate to compensate TechSearch for the infringement that has occurred, together with prejudgment interest from the date infringement of the '341 patent began;

B. Any other damages permitted by 35 U.S.C. § 284;

C. A finding that this case is exceptional and an award to TechSearch of its attorneys' fees as provided by 35 U.S.C. § 285;

D. An injunction permanently prohibiting defendants, its

customers and all persons in active concert or participation with them, from further acts of infringement of the `341 patent; and

E.  Such other and further relief as this Court or a jury may deem proper and just.

**JURY DEMAND**

TechSearch demands a trial by jury.

Dated: 7/28/00

TECHSEARCH L.L.C.

_____
Raymond P. Niro
Douglas M. Hall
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois  60602
(312) 236-0733

Attorneys for TechSearch L.L.C.

5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TECHSEARCH L.L.C. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | **00C 4623** |
| | ) | |
| INTERNET ENTERTAINMENT GROUP, INC., ED NAPLETON ACURA, GREGORY AHARONIAN and THE GREEN BAY PACKERS, INC. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

JUDGE KOCORAS

MAGISTRATE JUDGE GERALDINE SOAT BROWN

To:

**NOTICE OF CLAIM FOR PATENT INFRINGEMENT**
**UNDER TITLE 35, UNITED STATES CODE, SECTION 290**

Please take notice that a complaint has been filed (as captioned above) alleging infringement of the following United States Patents or Trademarks:

| Inventor | Patent Number |
|---|---|
| Rozmanith | 5,253,341 |

The names and addresses of the parties are listed below:

Plaintiff:   TechSearch L.L.C.
             500 Skokie Blvd, Suite 585
             Northbrook, Illinois 60062

Defendant:   Internet Entertainment Group, Inc., Ed Napleton Acura, Gregory Aharonian and the Green Bay Packers, Inc.



JUL 31 2000

Respectfully submitted,

_____
Raymond P. Niro
Douglas M. Hall
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois  60602
(312) 236-0733

Attorneys for TechSearch L.L.C.

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

TECHSEARCH L.L.C.

## DEFENDANTS

INTERNET ENTERTAINMENT GROUP, INC.,
ED NAPLETON ACURA,
GREGORY AHARONIAN; and
THE GREEN BAY PACKERS, INC.

JUDGE KOCORAS

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

ATTORNEYS (IF KNOWN)

FILED JUL 28 PM CLERK U.S. DISTRICT COURT

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

MAGISTRATE JUDGE GERALDINE SOAT BROWN

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Patent Infringement 35 U.S.C. 271

DOCKETED JUL 31 2000

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

## VIII. This case

☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE 7/24/00

SIGNATURE OF ATTORNEY OF RECORD
[signature]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of TECHSEARCH LLC

v.

INTERNET ENTERTAINMENT GROUP, INC.,
ED NAPLETON ACURA, GREGORY AHARONIAN
and THE GREEN BAY PACKERS, INC.

Case Number: 00C 4623

FILED-EDS 00 JUL 28 PM 4: 01 CLERK U.S. DISTRICT COURT

JUDGE KOCORAS
MAGISTRATE JUDGE GERALDINE SOAT BROWN

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

| (A) | (B) |
|---|---|
| SIGNATURE: Raymond P. Niro /DMH | SIGNATURE: Douglas M. Hall |
| NAME: Raymond P. Niro | NAME: Douglas M. Hall |
| FIRM: Niro, Scavone, Haller & Niro | FIRM: Niro, Scavone, Haller & Niro |
| STREET ADDRESS: 181 West Madison, Suite 4600 | STREET ADDRESS: 181 West Madison, Suite 4600 |
| CITY/STATE/ZIP: Chicago, Illinois 60602 | CITY/STATE/ZIP: Chicago, Illinois 60602 |
| TELEPHONE NUMBER: (312) 236-0733 | TELEPHONE NUMBER: (312) 236-0733 |
| IDENTIFICATION NUMBER: 2054930 | IDENTIFICATION NUMBER: 6269885 |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☒ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☒ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☒ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

DOCKETED JUL 31 2000