Reexamination Control No. 90/005,742
Patent 5,253,341

Also, the examiner's reliance on Punj is improper because it is not cited in the statement of the rejection. MPEP § 706.02(j); Hoch, 428 F.2d at 1342 n.3, 166 USPQ at 407 n.3. In any event, Punj does not avoid the above-noted problem with combining the teachings of Cohen and Sugiyama.

The rejection of claim 93 for obviousness over Cohen in view of Sugiyama is reversed, as is the rejection over those references of dependent claims 94, 96, and 97.

**(2) Claims 93, 94, 96, and 97 – obvious over Cohen in view of Bridges and Punj?**

Bridges discloses transmitting differentially compressed videophone data in order to provide real-time videophone display. The examiner's proposed modification of Cohen in view of Bridges and Punj (which is cited in the statement of the rejection), 3d Action at 92, para. 28; Final Action at 248, para. 29, therefore fails for the same reasons as the proposed modification of Cohen in view of Sugiyama and Punj. The rejection of claims 93, 94, 96, and 97 for obviousness over Cohen in view of Bridges and Punj is therefore reversed.

**U. Summary**

**1. 35 U.S.C. § 112 rejection**

The § 112, first paragraph, enablement requirement rejection of claim 94 and 97 has been reversed as to both claims. The art rejections have been decided as follows:

**2. Rejections based on Filepp**

    (a) The § 103(a) rejection of claims 9-11 and 14 for obviousness over Filepp in view of known practices, as evidenced by The Electronics Engineers' Handbook, the Gale articles, De Maine, Carr, Giltner, Notenboom, and LeGall, is affirmed as to claims 9, 10, and 14 and reversed as to claim 11.

Reexamination Control No. 90/005,742
Patent 5,253,341

(b) The § 103(a) rejection of claims 9, 10, 14 over Filepp in view of Row is affirmed as to all of these claims.

(c) The § 103(a) rejection of claim 11 under § 103(a) over Filepp in view of Giltner is affirmed.

### 3. Rejections based on Yurt

(a) The § 103(a) rejection of claim 11 under § 103(a) over Yurt in view of Kandell is affirmed.

(b) The § 103(a) rejection of claim 11 over Yurt in view of Gargini is affirmed.

### 4. Rejections based on Walter

(a) The § 102(b) rejection of claims 93, 95, 96, and 98-101 for anticipation by Walter is affirmed as to claims 93, 95, 96, and 98-100 and reversed as to claim 101.

(b) The § 103(a) rejection of claim 103 over Walter in view of Kirchner is affirmed.

(c) The § 103(a) rejection of claim 103 over Walter in view of Dr. Koopman's testimony is affirmed.

### 5. Rejections based on Pocock

(a) The § 102(e) rejection of claims 93, 96, 100-02, and 104 for anticipation by Pocock is affirmed as to claims 93, 100, 102, and 104 and reversed as to claims 96 and 101.

(b) The § 103(a) rejection of claims 95 and 98 over Pocock in view of Catros is reversed.

(c) The § 103(a) rejection of claims 95 and 98 over Pocock in view of Sugiyama is reversed.

(d) The § 103(a) rejection of claim 99 over Pocock in view of McCalley is affirmed.

Reexamination Control No. 90/005,742
Patent 5,253,341

(e) The § 103(a) rejection of claim 103 over Pocock in view of Kirchner is affirmed.

(f) The § 103(a) rejection of claim 103 over Pocock in view of Dr. Koopman's testimony is affirmed.

### 6. Rejections based on Baji

(a) The § 102(e) rejection of claims 93, 96, 100, 102, and 104 for anticipation by Baji is affirmed as to all of these claims.

(b) The § 103(a) rejection of claims 94 and 97 over Baji in view of Catros is affirmed.

(c) The § 103(a) rejection of claims 94 and 97 over Baji in view of Sugiyama is affirmed.

(d) The § 103(a) rejection of claim 99 over Baji in view of McCalley is affirmed.

(e) The § 103(a) rejection of claim 103 over Baji in view of Kirchner is affirmed.

(f) The § 103(a) rejection of claim 103 over Baji in view of Dr. Koopman's testimony is affirmed.

### 7. Rejections based on Cohen

(a) The § 103(a) rejection of claims 93, 94, 96, 97 over Cohen in view of Sugiyama is reversed.

(b) The § 103(a) rejection of claims 93, 94, 96, 97 over Cohen in view of Bridges and further in view of Punj is reversed.

Thus, the sole rejected claim as to which no art rejection has been affirmed is claim 101, which recites "asymmetric" compression and inverse decompression.

Reexamination Control No. 90/005,742
Patent 5,253,341

1 V. **Extensions of time**
2
3 No time period for taking any subsequent action in connection with this appeal may be
4 extended under 37 CFR 1.136(a). <u>See</u> 37 CFR §§ 41.50(f) and 41.52(b).

5 <u>AFFIRMED-IN-PART</u>

6
7
8 _____  )
9 JOHN C. MARTIN            )
10 Administrative Patent Judge )
11                           )
12                           )
13 _____  ) BOARD OF PATENT
14 JAMESON LEE               )   APPEALS AND
15 Administrative Patent Judge )   INTERFERENCES
16                           )
17                           )
18 _____  )
19 JAMES T. MOORE            )
20 Administrative Patent Judge )
21                           )
22

23
24
25 JCM/jcm
26
27

Reexamination Control No. 90/005,742
Patent 5,253,341

CC:

<u>Counsel for Patent Owner</u>:

John C. Janka, Esq.
NIRO, SCAVONE, HALLER & NIRO
181 west Madison Street, Suite 4600
Chicago, Ill. 60602

<u>Counsel for Third-Party Requester</u>:[54]

Michael J. Mallie, Esq.
Blakely, Sokoloff, Taylor & Zafman LLP
12400 Wilshire Boulevard, Seventh Floor
Los Angeles, CA 90025-1030

Enclosures:

<u>Que's Computer User Dictionary</u> (Que's Dictionary) 82, 106, 223, 285, 293, 388, 414, and 461 (1990 ed.).

---

[54] Change of Correspondence Address received June 25, 2001 (Paper No. 19).

# Que's Computer User's Dictionary

**Bryan Pfaffenberger, Ph.D.**
School of Engineering and Applied Science
University of Virginia

*Technical Review by*
Walter R. Bruce III
Timothy S. Stanley

Que® Corporation
Carmel, Indiana

*Que's Computer User's Dictionary*.

Copyright® 1990 by Que Corporation.

All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any form or by any means, or stored in a database or retrieval system, without prior written permission of the publisher except in the case of brief quotations embodied in critical articles and reviews. Making copies of any part of this book for any purpose other than your own personal use is a violation of United States copyright laws. For information, address Que Corporation, 11711 North College Avenue, Carmel, In 46032.

Library of Congress Catalog Number: 90-60375

ISBN 0-88022-540-8

This book is sold *as is*, without warranty of any kind, either express or implied, respecting the contents of this book, including but not limited to implied warranties for the book's quality, performance, merchantability, or fitness for any particular purpose. Neither Que Corporation nor its dealers or distributors shall be liable to the purchaser or any other person or entity with respect to any liability, loss, or damage caused or alleged to be caused directly or indirectly by this book.

92 91 90    5 4 3 2

Interpretation of the printing code: the rightmost double-digit number is the year of the book's printing; the rightmost single-digit number, the number of the book's printing. For example, a printing code of 90-1 shows that the first printing of the book occurred in 1990.

to go to the named cell (such as B1) and to use the value appearing in that cell. If you want to change the constants, you don't have to edit the formula; you type a new constant in cell B1 or cell B2.

Cell references enable the user to create an intricate pattern of links among the cells in a worksheet. A cell reference also can refer to a cell containing a formula. The value produced by the formula is referenced. Because the formula may contain its own cell references to other cells, which can themselves contain formulas, the worksheet can contain an unbroken chain of mathematical links. A change made to any constant in such a worksheet affects intermediate values and, ultimately, the bottom line. See *cell address, constant, formula, recalculation, value,* and *what-if analysis.*

**central mass storage** See *file server.*

**central processing unit (CPU)** The computer's internal storage, processing, and control circuitry, including the arithmetic-logic unit (ALU), the control unit, and the primary storage.

Only the ALU and control unit are wholly contained on the microprocessor chip; the primary storage is elsewhere on the motherboard or an adapter on the expansion bus. See *adapter, arithmetic/logic unit (ALU), control unit, expansion bus, microprocessor, motherboard,* and *primary storage.*

**CGA** See *Color Graphics Adapter (CGA).*

**CGM** See *computer graphics metafile (CGM).*

**chained printing** The printing of separate files as a unit by placing at the end of the first file commands that direct the program to continue printing the second file, and so on.

Full-featured word processing programs such as Microsoft Word enable chained printing with continuous pagination and in some cases the generation of a complete table of contents and index for the combined document.

**chamfer** Pronounced "cham´-fer." In desktop publishing and presentation graphics, a beveled edge between two intersecting lines.

CMOS chips are used in battery-powered portable computers. See *chip*.

**complex instruction set computer (CISC)**   A central processing unit (CPU) that can recognize as many as 100 or more instructions, enough to carry out most computations directly.

Most microprocessors are CISC chips. The use of RISC technology is becoming increasingly common, however, in professional workstations and is expected to migrate to personal computers in the early 1990s. See *central processing unit (CPU)* and *reduced instruction set computer (RISC)*.

**compose sequence**   A series of keystrokes that enables a user to enter a character not found on the computer's keyboard.

In Lotus 1-2-3, for example, pressing Alt-F1 followed by typing 233 enters a lowercase e with an acute accent.

**composite**   See *comp.*

**composite color monitor**   A monitor that accepts a standard analog video signal that mixes red, green, and blue signals to produce the color image.

The composite video standard of the National Television Standards Committee uses a standard RCA-type connector, found on the Color Graphics Adapter (CGA). Display quality is inferior to that of RGB monitors. See *RGB monitor*.

**composite video**   A standard for video signals in which the red, green, and blue signals are mixed together.

The standard, regulated by the U.S. National Television Standards Committee (NTSC), is used for television. Some computers have composite video outputs that use a standard RCA phono plug and cable such as on the backplane of a high-fidelity system. See *composite color monitor* and *RGB monitor*.

**compressed file**   A file that a file compression utility has written to a special disk format that minimizes the storage space required. See *file compression utility*.

**CompuServe**   The largest and most successful personal computer information service.

ne computer usually has less memory, less secon-
[sto]rage, and a slower microprocessor than a business
[comput]er.

[In the] late 1970s, people predicted that home computers
[would] improve the quality of family life by providing
[effic]ient and sophisticated tools for education, finance
[manag]ement, and other household chores, but the low-
[price]d machines marketed for such purposes typically
[lacked] the software and memory required to carry out tasks
[effectiv]ely.

[In 19]78, a Wall Street Journal reporter was given a home
[compu]ter for six months and assigned to use the machine
[for ty]pes, taxes, education, and so on. He concluded that
[the ma]chine was most adept at gathering dust in the closet.

[Milli]ons of home computers, however, were sold—in-
[cluding] the Commodore 64, an 8-bit home computer based
[on the] same MOS Technology 6502 chip used in the Apple
[II. Th]e Commodore 64, however, does not run Apple II
[progra]ms.) Most of these computers were used infre-
[quentl]y, and did not materially alter the patterns of Ameri-
[can fa]mily life.

[By 1]984, the market for home computers had collapsed,
[and m]ost of the personal computers that found their way
[into h]omes were more powerful business computers, such
[as the] IBM Personal Computer. Most of these machines
[were u]sed as a means of extending the work day by ena-
[bling] users to accomplish tasks such as word processing
[and fin]ancial analysis at home.

[Now], it is clear that home computing applications
[typical]ly require as much processing power and memory as
[busine]ss applications do—and perhaps more. Easy-to-use
[home] computing applications are best implemented with a
[graph]ical user interface that requires a powerful micro-
[proce]ssor and as much as a megabyte or more of internal
[memo]ry.

[Now] that such machines are in homes, home computing
[applic]ations may become a reality. For example, the idea
[that p]eople would balance their checkbooks by using their
[comp]uter remained something of a joke until Intuit
[softw]are successfully marketed a best-selling checkbook-

management program called Quicken. Compared to early home computing programs, Quicken is in a different league in every possible sense: programming sophistication, the quality of the user interface, the capacity for virtually unlimited numbers of transactions, the features you actually need to carry out home financial tasks, speed, and ease of use. Quicken requires a business computer such as an IBM PC-compatible or Macintosh computer.

American companies may have failed to place useful home computers in every American home, but a Japanese firm may have succeeded at precisely this task. Unknown to most video-game addicts is the fact that the Nintendo game system is based on a general-purpose, 8-bit computer specifically designed to serve as the platform for other computer applications besides playing video games. Among the possible applications are home education, telecommunications, and home financial management. Whether the firm can market such applications, however, remains to be seen.

**Home key** A key on IBM PC-compatible keyboards that has varying functions from program to program.

Frequently, the Home key is used to move the cursor to the beginning of the line or the top of the screen, but the assignment of this key is up to the programmer.

**host** In a computer network, the computer that performs centralized functions such as making program or data files available to workstations in the network.

**HP LaserJet** See *LaserJet*.

**HyperCard** An authoring language bundled with the Macintosh that makes storing and interactively retrieving on-screen cards containing text, bit-mapped graphics, sound, and animation easier. HyperCard was developed in 1984 by Bill Atkinson at Apple Computer.

A HyperCard application, a stack, is a collection of one to several thousand cards. On each card, you find a background layer, consisting of buttons, graphics, and fields that several or all cards in the stack share and the card layer that contains the buttons, graphics, and fields unique to the card.

:oated with a magnetically sensitive material. player's arm, the magnetic read/write head ly across the surface of the spinning disk, :ations of the disk under the disk drive's ntrol. Unlike a record, however, the infor- l on a magnetic disk can be repeatedly erased , like any other magnetic storage medium. See k, *5 1/4-inch disk, floppy disk, hard disk*, and ss.

a   In secondary storage, the use of magnetic :o store and retrieve data on disks or tapes magnetically sensitive materials.

filings on a sheet of waxed paper, these re-oriented when a magnetic field passes over ɡ write operations, the read/write head emits a d that re-orients the magnetic materials on the e so that they are positively or negatively ɪrresponding to a bit of data. During read , the read/write head senses the magnetic coded on the tape.

ɪ   In secondary storage, a high-capacity mass backup medium.

magnetic tape drives must use slow sequential ɪiques, magnetic tape is inexpensive and offers a ve way to store massive amounts of data; one can store up to 100 megabytes of data. Magnetic are available for IBM Personal Computers and s. See *sequential access*.

A utility common in full-featured word process- ɪms that draws information from a database— mailing list—to print multiple copies of a Each copy contains one or part of one of the da- ords and text that does not vary from copy to

ɪt common application of the mail merge utility is ɪtion of personalized form letters. A personalized r contains text that you send to all recipients, but mail merge has personalized the letter with the correspondent's name and address. You also may personalize the salutation.

In a mail-merge application, you use the word processing program to create the database, called the secondary file or data document, and you create a primary file (sometimes called a main document) that contains the text you want to send. In place of the correspondent's name and address, however, you type codes that refer to fields in the name-and-address database. Finally, you give a command that prints one copy of the primary file for each record in the database.

→ **Tip:** Most programs enable you to perform conditional merging that prints an optional passage of text if a database record meets a specified condition.

**mailbox**   In electronic mail, a storage location that holds messages addressed to an individual until he or she accesses the system. An on-screen message informs the user that mail is waiting.

**mainframe**   A multiuser computer designed to meet the computing needs of a large organization.

Originally, the term mainframe referred to the metal cabinet that housed the central processing unit (CPU) of early computers. The term came to be used generally to refer to the large, central computers developed in the late 1950s and 1960s to meet the accounting and information-management needs of large organizations. The largest mainframes can handle thousands of dumb terminals and use gigabytes of secondary storage.

Rather than differentiating such machines by size alone, experts increasingly differentiate them by function: a mainframe meets the computing needs of an entire organization, and a minicomputer meets the needs of a department within an organization. By accepting this definition, one must concede that a minicomputer should be termed a mainframe if a small business uses it as its sole computing resource. The boundaries between the two types of computers are blurring. See *minicomputer, personal computer,* and *workstation*.

erentiating among these machines by the function
re designed to perform makes the most sense.
- Centralized Computing Systems. Designed for use by several users simultaneously, most mainframe and minicomputer systems meet the needs of an organization or a department within an organization. The emphasis in such computer systems is on keeping programs, data, and processing capabilities under central control, so that end users gain access to these systems through remote terminals.
- Stand-alone Computers. Designed for single-user applications, a stand-alone computer such as a personal computer is a self-contained, stand-alone microcomputer that does not rely on external resources such as a central database. A PC is ideal for personal, home, or private use by an individual who does not need to share computing resources with other people.
- Distributed Computing Systems. In a distributed system, the object is to get computing power to the user without giving up the means to share external computing resources, such as access to a central database. An example of a distributed computing system is a network of professional workstations.

A professional workstation is an advanced microcomputer that contains the advanced display and processing circuitry needed by professionals such as engineers, financial planners, and architects. Because their computers are linked in a computer communication network, these professionals can send messages to each other using their computers, share expensive printers, and create a common pool of data and programs.

day's advanced personal computers are powerful
igh to migrate around these categories with ease. You
ise most powerful PCs, for example, as centralized
ms with remote terminals. These machines are as
erful as the professional workstations of five years ago,
an work smoothly in a distributed computing system.

**microdisk**  See *3 1/2-inch disk*.

**microprocessor**  An integrated circuit that contains the arithmetic/logic unit (ALU) and control unit of a computer's central processing unit (CPU). See *Intel 8086, Intel 8088, Intel 80286, Intel 80386, Intel 80386SX, Intel 80486, Motorola 68000, Motorola 68020*, and *Motorola 68030*.

**Microsoft Corporation**  A major personal computer software firm located in Bellevue, Washington.

Founded in 1975 by two ex-college students, Bill Gates and Paul Allen, Microsoft's first product was a BASIC interpreter for the Altair 8080 microcomputer. The firm did well with BASIC, but its early success was only a prelude to the rapid growth that followed IBM's selection of Microsoft to develop the operating system for the IBM Personal Computer.

This system, called PC DOS when sold directory to IBM and separately marketed by Microsoft as MS-DOS, is now the most popular computer operating system in the world. Microsoft has released an operating system, OS/2, for the new generation of personal computers based on the Intel 80286 and Intel 80386 and later microprocessors. Linked with a graphical user interface package, Presentation Manager, that functions as a shell for OS/2, the operating system has been slow to gain acceptance.

Microsoft has met with market success with several programming languages and application programs. Microsoft Word is second only to WordPerfect in the world of IBM and IBM PC compatible word processing programs, and Excel, Microsoft's graphics spreadsheet program, dominates the Macintosh software market. See *MS-DOS, Microsoft Word*, and *Microsoft Excel*.

**Microsoft Excel**  A graphics-oriented spreadsheet program developed by Microsoft Corporation for IBM PC compatible computers (running Microsoft Windows) and the Macintosh computer.

Unlike character-based spreadsheets such as Lotus 1-2-3 Release 2.2 or 3.0, Excel enables the user to use multiple

        DIR B: >> DIR.DOC

  <   Input redirection. Changes the input of a command from the console to a file, so that the contents of the file are used instead of data input at the keyboard. The following command, for example, redirects SORT's input from the file TERMS.DOC:

        SORT < TERMS.DOC

See *input/output redirection*.

**redlining** In word processing, an attribute such as a distinctive color or double underlining that marks the text co-authors have added to a document being produced by a workgroup. The redlined text is highlighted so that other authors or editors know exactly what has been added to or deleted from the document.

**reduced instruction set computer (RISC)** Pronounced "risk." A central processing unit (CPU) in which the number of instructions the processor can execute is reduced to a minimum to increase processing speed.

Microprocessors, such as the Intel 80386, recognize well over one hundred instructions for performing various computations, but the more instructions a chip can handle, the more slowly it runs for all instructions.

The idea of a RISC architecture is to reduce the instruction set to the bare minimum, emphasizing the instructions that are used most of the time, and optimizing them for the fastest possible execution. The instructions left out of the chip must be carried out by combining the ones left, but because these instructions are needed far less frequently, a RISC processor usually runs 50 to 75 percent faster than its CISC counterpart.

RISC processors also are cheaper to design, debug, and manufacture because they are less complex. See *central processing unit (CPU)* and *complex instruction set computer (CISC)*.

**reformat** In operating systems, to repeat a formatting operation on a secondary storage disk, such as a floppy disk or

**server** In a local area network, a computer that provides services for users of the network. The server receives requests for peripheral services and manages the requests so that they are answered in an orderly, sequential manner. Synonymous with network server. See *dedicated file server*, *file server*, *printer server*, and *workstation*.

**server-based application** A network version of an application program stored on the network's file server and available to more than one user at a time. See *client-based application* and *file server*.

**service bureau** A firm that provides a variety of publication services such as graphics file format conversion, optical scanning of graphics, and typesetting on high-resolution printers such as Linotronics and Varitypers.

**setup string** A series of characters that an application program conveys to the printer so that the printer operates in a specified mode. In Lotus 1-2-3, for example, the setup string \027G turns on an Epson printer's double-strike mode.

**shadow memory** In 32-bit computers, a portion of random-access memory (RAM) set aside for the storage of ROM routines during an operating session so that these routines can be executed at the microprocessor's fastest possible speed.

Because very few 32-bit microcomputers have a full 32-bit bus architecture, ROM is likely to be placed on a 16-bit bus, where it works at only 50 percent of the speed of the microprocessor and RAM.

Shadow memory solves this problem by setting aside room for the temporary storage of ROM information in RAM while the computer is running. See *random-access memory (RAM)*.

**shareware** Copyrighted computer programs made available on a trial basis; if you like and decide to use the program, you are expected to pay a fee to the program's author. See *public domain software*.

of a font, measured in points (approxi-
from the top of the tallest ascender to the
est descender. See *pitch*.

ght (such as Roman or bold) or posture
a font—distinguished from a font's type-
pe size. See *attribute*, *emphasis*,

cience and art of designing aesthetical-
adable typefaces.

---

utility program that can restore a file acci-
rom disk if no other data has been written
the erasure occurred. See *Mace Utilities*
ties.

n commercial and shareware sources, un-
work because disk drives do not actually
ey delete the file's name from the file alloca-

sed for the file, however, become available
system for additional write operations, and
ns occur, the file can be erased irretrievably.
f you have just deleted a file by error, STOP!
litional work with your computer that may
operations. Use the undelete utility immedi-
't have one, stop working and go buy one.

command that restores the program and
stage they were in just before the last com-
or the last action was initiated. Undo com-
the user to cancel the often catastrophic ef-
he wrong command.

**uninterruptable power supply (UPS)** A battery capable of supplying continuous power to a computer system in the event of a power failure.

The battery, charged by line current, kicks in if the power fails and provides power for up to 10 minutes or more, during which time the computer can be shut down so that the integrity of crucial data is preserved.

→ **Tip**: An uninterruptable power supply is mandatory equipment if a sudden power outage can result in the loss of crucial data.

**Universal Asynchronous Receiver/Transmitter (UART)** An integrated circuit that transforms the parallel data stream within the computer to the serial, one-after-the-other data stream used in asynchronous communications.

In early IBM Personal Computers, the UART was contained on the Asynchronous Communications Adapter, but the UART now is found on the motherboard in most designs. Serial communication requires, in addition to the UART, a serial port and modem. See *asynchronous communications*, *modem*, *motherboard*, and *serial port*.

**UNIX** Pronounced "yoo´-nicks." An operating system for a wide variety of computers, from mainframes to personal computers, that supports multitasking and is ideally suited to multiuser applications.

Written in the highly portable programming language C, UNIX is (like C) the product of work at AT&T Bell Laboratories during the early 1970s. Originally developed by highly advanced research scientists for sophisticated work in computer science, UNIX is a comprehensive programming environment that expresses a unique programming philosophy.

Rather than writing very large programs, each of which performs all functions, creating software tools, each of which performs one (and only one) function, and making these tools part of the operating system is better. Application programs need not rely on their own features to accomplish functions, but can take advantage of the software tools in the programming environment. This philosophy helps programmers keep application programs in manageable bounds.