# EXHIBIT B

Minute Order Form (06/97)

JS-6

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 00 C 4623 | DATE | 6/30/2003 |
| CASE TITLE | TechSearch vs. Internet Entertainment Group et al | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

DOCKET ENTRY:

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Before the court is a motion to dismiss brought by Defendants Gregory Aharonian and The Green Bay Packers, Inc. ("Packers"). Plaintiff TechSearch L.L.C. ("Tech Search") initiated this suit against Defendants for patent infringement of U.S. Pat. No. 5,253,341 ("the '341 patent"). The '341 patent currently stands rejected on reexamination. Although TechSearch is appealing the rejection to the Board of Patent Appeals and Interferences, there is currently no cause of action to sustain this litigation, and TechSearch has no objection to the motion. Accordingly, the motions (Docs 24-1 & 35-1) are granted. The complaint is dismissed with leave to reinstate should TechSearch succeed at the Board of Patent Appeals and Interferences.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | JUL 0 1 2003 date docketed | 40 |
| ✓ | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| SCT | courtroom deputy's initials | 03 JUN 30 PM 4: 13 FILED-ED TO date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials |