IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLOBAL PATENT HOLDINGS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 00 C 4623 |
| | ) | |
| vs. | ) | |
| | ) | |
| GREEN BAY PACKERS, INC. | ) | |
| NAPLETON ELMHURST IMPORTS | ) | |
| INC. D/B/A ED NAPLETON ACURA, | ) | |
| ORBITZ WORLDWIDE, INC., | ) | Honorable Charles P. Kocoras |
| PEAPOD, LLC, OFFICEMAX INC. | ) | Mag.-Judge Geraldine Brown |
| CATERPILLAR INC., | ) | |
| CDW CORPORATION, AND | ) | |
| MOTOROLA, INC. | ) | |
| Defendants. | ) | JURY DEMAND |
| | ) | |

## AGREED MOTION TO DISMISS

Defendants and Plaintiff agree to dismiss the above-captioned action without prejudice. In support of this motion, the parties state as follows:

1. This matter is currently stayed pending reexamination of the patent-in-suit pursuant to a Court Order dated April 23, 2008.

2. The Patent Office issued a non-final rejection of the patent-in-suit on July 22, 2008.

3. Plaintiff filed a Response and Amendment to the rejection on September 19, 2008.

4. On January 21, 2009, the Court held a status hearing to discuss the status of the action. Defendants proposed to Plaintiff that the parties agree to dismiss this matter without prejudice while the patent-in-suit is in reexamination. Plaintiff requested that upon reinstatement of the case, the reinstated action retain the same case number. The parties have agreed to this proposal.

5. An interview between the Plaintiff and the Patent Office was conducted January 29, 2009. According to the publicly available Interview Summary, no agreement with respect to the patentability of any claim was reached.

6. Plaintiff and Defendants agree that the currently requested dismissal, and any delays caused thereby prior to any timely reinstatement of the suit, shall not be used as a basis to allege prejudice in support of the equitable defense of laches.

7. Plaintiff and Defendants agree that if timely reinstated, the currently requested dismissal of the suit shall not itself be grounds for limiting damages otherwise available to Plaintiff

8. Plaintiff and Defendants agree that no new service of any complaint is required if the case is reinstated; the defendants and their counsel agree to accept service of any such amended complaint.

9. Plaintiff and Defendants respectfully request that this Court dismiss this action without prejudice, allowing Plaintiff leave to reinstate this action with the same case number before the same Court pending the outcome of the reexamination for the patent-in-suit.

Respectfully submitted,   Dated: March 3, 2009

/s/ Arthur A. Gasey
Arthur A. Gasey
Niro Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602-4515
Telephone: (312) 236-0733
**Attorney for Global Patent Holdings, Inc.**

/s/ Michael A. Dorfman
Timothy J. Vezeau
Breighanne Aileen Eggert
Michael Adam Dorfman
Katten Muchein Rosenman LLP
525 W. Monroe Street – Suite 1600
Chicago, IL 60661
Telephone: (312) 902-5200
**Attorneys for Orbitz Worldwide, Inc.**

/s/ Gianni L. Cutri
Christian Chadd Taylor
Gianni L. Cutri
Colby Anne Kingsbury
Jonathan F. Putnam
Kirkland & Ellis LLP
200 East Randolph Drive – Suite 6100
Chicago, IL 60601
Telephone: (312) 861-2000
**Attorneys for The Green Bay Packers, Inc. and Napleton Elmhurst Imports Inc. d/b/a Ed Napleton Acura**

/s/ Michael P. Padden
Gregory L. Baker
Robert G. Abrams
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 783-0800

Michael P. Padden
Howrey, LLP
321 N. Clark Street – Suite 3400
Chicago, IL 60654
Telephone: (312) 595-1239

William C. Rooklidge
Howrey LLP
2020 Main Street – Suite 1000
Irvine, CA 92614
Telephone: (949) 732-6900
**Attorneys for Caterpillar, Inc.**

2

| | |
|---|---|
| /s/  Dean A. Monco | /s/  Thomas L. Duston |
| Brad Richard Bertoglio | Thomas L. Duston |
| Dean A. Monco | Marshall Gerstein & Borun LLP |
| Wood, Phillips, VanSanten, Hoffman & Ertel | 233 South Wacker Drive |
| 500 W. Madison Street – Suite 3800 | 6300 Sears Tower |
| Chicago, IL 60661 | Chicago, IL 60606-6357 |
| Telephone: (312) 876-1800 | Telephone:  (312) 474-6300 |
| | |
| Harvey Freedenberg | **Attorney For CDW Corporation** |
| Shawn K. Leppo | |
| William Patrick Smith | |
| McNees Wallace & Nurick LLC | |
| 100 Pine Street | |
| Harrisburg, PA 17101 | |
| Telephone: (717) 237-5267 | |
| Telephone: (717) 237-5218 | |
| Telephone: (717) 237-5260 | |
| **Attorneys for Peapod Inc.** | |

/s/  John Sheldon Letchinger
John Sheldon Letchinger
Richard Loren Wagner
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL 60606-1229
Telephone: (312) 201-2000
**Attorneys for OfficeMax Inc.
and Motorola, Inc.**

**CERTIFICATE OF SERVICE**

      I, Christine A. Dudzik, an attorney, certify that I caused a copy of the foregoing **AGREED MOTION TO DISMISS** to be served by electronic means via the CM/ECF system this 3rd day of March, 2009

| | |
|---|---|
| Robert G. Abrams | abramsr@howrey.com |
| Brian J. Arnold | barnold@bellboyd.com |
| Gregory L. Baker | bakerg@howrey.com |
| Alan L. Barry | abarry@bellboyd.com, docket@bellboyd.com |
| Brad Richard Bertoglio | brbertoglio@woodphillips.com |
| Gianni L. Cutri | gcutri@kirkland.com, lahlberg@kirkland.com |
| Michael Adam Dofman | michael.dorfman@kattenlaw.com |
| | ecfdocket@kattenlaw.com |
| | ssan.mahmarian@kattenlaw.com |
| Breighanne Aileen Eggert | breighanne.eggert@kattenlaw.com |
| | ecfdocket@kattenlaw.com |
| Jason Alexander Engel | jengel@bellboyd.com, docket@bellboyd.com |
| | mplascencia@bellboyd.com |
| Alan M. Fisch | afisch@kayescholer.com |
| Harvey Freedenberg | hfreeden@mwn.com |
| Arthur Anthony Gasey | gasey@nshn.com, brownao@aol.com |
| | burke@nshn.com, kcoulas@nshn.com |
| Paul Christopher Gibbons | gibbons@nshn.com |
| Douglas M. Hall | dhall@nshn.com |
| Colby Anne Kingsbury | ckingsbury@kirkland.com |
| Shawn K. Leppo | sleppo@mwn.com |
| John Sheldon Letchinger | letchinger@wildmanharrold.com |
| | ecf-filings@wildmanharrold.com |
| | wills@wildmanharrold.com |
| Dean A. Monco | damonco@woodphillips.com |
| Raymond P. Niro | rniro@nshn.com |
| Michael P. Padden | paddenm@howrey.com |
| | doie@howrey.com |
| | ferragamom@howrey.com |
| | pulidon@howrey.com |
| Jonathan F. Putnam | jputnam@kirkland.com |
| Patricia Kane Schmidt | pschmidt@bellboyd.com |
| Richard Allen Schnurr | richard.schnurr@icemiller.com |
| William Patrick Smith | wsmith@mwn.com |
| Timothy J. Vezeau | timothy.vezeau@kattenlaw.com |
| Robert Loren Wagner | wagner@wildman.com |
| | campos@wildman.com |
| | ecf-filings@wildman.com |
| | gasper@wildman.com |
| Thomas L. Duston | tduston@marshallip.com |
| Arthur A. Gasey | gasey@nshn.com |

4