Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 4623 | **DATE** | 3/4/2009 |
| **CASE TITLE** | Global Patent Holdings vs. Green Bay Packers et al | | |

**DOCKET ENTRY TEXT**

Status and motion hearing held on 3/4/2009. Parties' agreed motion to dismiss (Doc [153]) without prejudice is granted in its entirety.

Docketing to mail notices.

00:03

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | SCT |